PROB 12C
(6/16)

Report Date: March 6, 2026

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Glen Ray Briggs    Case Number: 0980 2:07CR02114-LRS-1

Address of Offender: ███████████████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior United States District Judge

Date of Original Sentence: March 6, 2009

| | | |
|---|---|---|
| Original Offense: | Count 1s:  Conspiracy to Escape, 21 U.S.C. § 371; Count 2s:  Attempted Escape, 18 U.S.C. § 751 | |
| Original Sentence: | Prison - 60 months TSR - 36 months | Type of Supervision: Supervised Release |
| Re-sentencing: (12/13/2011) | Prison - 60 months TSR 36 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: August 17, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 16, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on February 19, 2026.

On August 18, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #5:** The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons. |
| | **Supporting Evidence:** The offender is alleged to have violated standard condition number 5, by failing to work regularly at a lawful occupation. |
| | The offender is currently unemployed and he has failed to maintain regular lawful employment. |

The U.S. Probation Office respectfully recommends the Court  incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

**Prob12C**
**Re: Briggs, Glen Ray**
**March 6, 2026**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 6, 2026
_____

s/Lori Cross
_____

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[✓]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[✓]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

March 9, 2026
_____

Date